# UNITED STATES DISTRICT COURT

\`\`                              DISTRICT OF                              CALIFORNIA

UNITED STATES OF AMERICA,
       Plaintiff,
   v.

ANGEL EDUARDO TORRES-NEVAREZ,
       Defendant.

**APPEARANCE**

Case Number:   08MJ0351

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   ANGEL EDUARDO TORRES-NEVAREZ

   I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/8/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name                  Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA   92101 |
| | City         State         Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number               Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 8, 2008                             /s/ Joseph McMullen
                                                                    JOSEPH McMULLEN
                                                                    Federal Defenders of San Diego, Inc.
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA 92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    e-mail: Joseph_McMullen@fd.org