```
                                              FILED
                                           FEB 21 2008
                                      CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR472-W&H |
|---|---|
| Plaintiff, | ) <br> ) **I N F O R M A T I O N** |
| v. | ) <br> ) Title 8, U.S.C., |
| ANGEL EDUARDO TORRES-NEVAREZ, | ) Sec. 1324(a)(2)(B)(iii) - Bringing <br> ) in Illegal Aliens Without |
| Defendant. | ) Presentation; Title 18, U.S.C., <br> ) Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

On or about February 5, 2008, within the Southern District of California, defendant ANGEL EDUARDO TORRES-NEVAREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gabriel Gutierrez-Jimenez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 2/21/08.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:mg:San Diego
2/8/08